Victoria Orze (#011413)
VOrze@dickinsonwright.com
Ian Nesteruk (#031075)
INesteruk@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Ste. 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Castilleja, Lizbeth Castilleja, and Anel Salvador,<br><br>Plaintiffs,<br><br>v.<br><br>Thunderbird Collection Specialists, Inc.,<br><br>Defendant. | CASE NO: 2:15-cv-00930-GMS<br><br>**NOTICE OF SETTLEMENT** |

Plaintiffs and Defendant all through undersigned counsel hereby give notice to the Court that they have reached a settlement of this dispute. The parties ask that the Court provide them with thirty days to consummate the settlement and file a Stipulation for Dismissal.

**RESPECTFULLY SUBMITTED** this **6th** day of October, 2015.

**DICKINSON WRIGHT PLLC**

By: /s/ Victoria L. Orze
    Victoria L. Orze
    Ian A. Nesteruk
    1850 N. Central Ave., Ste. 1400
    Phoenix, Arizona 85004
    Attorneys for Defendant

By: /s/  Mark T. Lavery (w/permission)
Mark T. Lavery
1100 W. Cermak Rd., Suite B410
Chicago, IL  60608
Attorneys for Plaintiffs

**CERTIFICATE OF MAILING**

I hereby certify that on the 6th day of October, 2015, I transmitted this Joint Motion to Plaintiffs through their attorney by U.S. Mail and by e-mail, at the address below:

Mark T. Lavery, Esq.
1100 W. Cermak Rd., Suite B410
Chicago, IL  60608
mark@lifetimedebtsolution.com
Attorney for Plaintiffs


BY:     s/ Victoria L. Orze
PHOENIX 51512-15 250629v1