# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Castilleja, et al., | No. CV-15-00930-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Thunderbird Collection Specialists Incorporated, | |
| Defendant. | |

The Court has been advised that this case has settled (Doc. 17).

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice **within 30 days** of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **November 6, 2015** without further leave of Court.

Dated this 6th day of October, 2015.

Honorable G. Murray Snow
United States District Judge